**HONORABLE J. KELLEY ARNOLD**

04-4984

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN FOSTER,<br><br>   Plaintiff,<br><br>vs.<br><br>J.C. PENNEY CORPORATION, INC., a Corporation doing business in the State of Washington,<br><br>   Defendants. | NO: 04 5655 JKA<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice, pursuant to FRCP 41(a)(1).

**DATED** this   30th   day of     September    , 2005.


/s/RUTH MOEN
**WSBA # 17250**
**LEONARD W. MOEN & ASSOCIATES**
Attorneys for Plaintiff Ryan Foster
1107 SW Grady Way, Suite 100

STIPULATION AND ORDER OF
DISMISSAL - 1
04 5655 JKA

LAW OFFICES
Gierke, Curwen, Metzler & Erie, P.S.

| TACOMA OFFICE | SEATTLE OFFICE |
|---|---|
| SUITE 400, BUILDING D | UNION BANK OF CALIFORNIA |
| 2102 NORTH PEARL STREET | SUITE 3250 |
| TACOMA, WA 98406-2550 | 900 4TH AVENUE |
| (253) 752-1600 / (253) 383-3761 | SEATTLE, WA 98164-1005 |
| TOLL FREE: (877) 797-1600 | TOLL FREE: (877) 797-1600 |
| FACSIMILE: (253) 752-1666 | FACSIMILE: (206) 382-9109 |

Renton, WA  98055
Telephone: (425) 227-4260
Fax: (425) 227-5140
E-mail:  lizardlarfirm@earthlink.net

**DATED** this  3rd day of    October   , 2005.

/s/ REBECCA M. LARSON
**WSBA # 20156**
**GIERKE, CURWEN, METZLER & ERIE**, P.S.
Attorneys for Defendant J.C. Penney Company
2102 North Pearl Street, D-400
Tacoma, WA  98406
Telephone: (253) 752-1600
Fax:(253) 752-1666
E-mail:  rlarson@gcmelaw.com

## ORDER

Based upon the foregoing Stipulation of Counsel, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the above-entitled matter be and the same is hereby dismissed with prejudice and without costs to any party herein.

**DONE**  this  4th day of October, 2005.


/s/ J. Kelley Arnold
**HONORABLE J. KELLEY ARNOLD,**
**U.S. MAGISTRATE JUDGE**

STIPULATION AND ORDER OF DISMISSAL - 2
04 5655 JKA

LAW OFFICES
Gierke, Curwen, Metzler & Erie, P.S.
**TACOMA OFFICE**
SUITE 400, BUILDING D
2102 NORTH PEARL STREET
TACOMA, WA  98406-2550
(253) 752-1600 / (253) 383-3761
TOLL FREE: (877) 797-1600
FACSIMILE: (253) 752-1666

**SEATTLE OFFICE**
UNION BANK OF CALIFORNIA
SUITE 3250
900 4TH AVENUE
SEATTLE, WA  98164-1005
TOLL FREE: (877) 797-1600
FACSIMILE: (206) 382-9109

**PROOF OF SERVICE**

I hereby certify that on October 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Rebecca M. Larson, and Ruth Moen.

/s/ **REBECCA M. LARSON**
**WSBA # 20156**
**GIERKE, CURWEN, METZLER & ERIE**, **P.S.**
Attorneys for Defendant J.C. Penney Corporation, Inc.
2102 North Pearl Street, D-400
Tacoma, WA 98406
Telephone: (253) 752-1600
Fax:(253) 752-1666
E-mail: rlarson@gcmelaw.com

STIPULATION OF DISMISSAL - 3
04 5655 JKA

LAW OFFICES
Gierke, Curwen, Metzler & Erie, P.S.

TACOMA OFFICE
SUITE 400, BUILDING D
2102 NORTH PEARL STREET
TACOMA, WA 98406-2550
(253) 752-1600 / (253) 383-3761
TOLL FREE: (877) 797-1600
FACSIMILE: (253) 752-1666

SEATTLE OFFICE
UNION BANK OF CALIFORNIA
SUITE 3250
900 4TH AVENUE
SEATTLE, WA 98164-1005
TOLL FREE: (877) 797-1600
FACSIMILE: (206) 382-9109